435 A.2d 645

Commonwealth, Appellant, v. Miceli.

Commonwealth v. Miceli, Appellant.

604

 Argued June
11, 1980. Daniel F. Ryan, III, Assistant District Attorney, for appellant (at No. 2634) and appellee (at No. 19); Norman M. Abrams, for appellant (at No. 19) and appellee (at No. 2634).

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Order affirmed.